# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CLORRINE SAWYER and
REGINALD SMITH,

        Plaintiffs,         Case No. 04-C-341

        v.

HOUSEHOLD FINANCE
CORPORATION III,

        Defendant.

## OPINION AND ORDER FOR JUDGMENT

The parties to this action have agreed to dismiss the Complaint voluntarily pursuant to a stipulation and written settlement agreement. Therefore, the court ORDERS that this action is dismissed with prejudice and without costs to any party. See Federal Rule of Civil Procedure 41(a). The court retains jurisdiction to reopen this case to enter a monetary judgment in Defendant's favor against the Plaintiffs if the Plaintiffs fail to pay the agreed upon amounts owing to the Defendant.

IT IS FURTHER ORDERED that the Clerk of Court shall enter a judgment of dismissal as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiffs Clorrine Sawyer and Reginald Smith and Defendant Household Finance Corporation III have voluntarily agreed to dismiss this action which was brought before the court, the Honorable Thomas J. Curran, District Judge, presiding,
>
> Accordingly, IT IS ORDERED AND ADJUDGED

that this action is dismissed with prejudice and without costs to any of the parties.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 21st day of April, 2005.

<pre>                              s/ Thomas J. Curran
                              Thomas J. Curran
                              United States District Judge</pre>